Stephen Cavanaugh                                    4:14CV3183

Clerk of the United States District Court,

    On September 16, 2014 I, Stephen Cavanaugh, Plaintiff in the above captioned case, wrote an institutional check for the amount of $1.33, the cost of the initial partial filing fee in this case, and attached it to an envelope addressed to this court. The envelope was then delivered into the hands of institutional staff to remove the funds from my account and mail the envelope. As of yet, this has not been done.

    Please be aware that I have done everything possible as an inmate to pay this filing fee in a timely manner. Any blame for this court not receiving the check before the October 10, 2014 deadline rests solely with institutional staff. Please do not dismiss my case simply because the institutional staff, some of whom are the defendants in this case, refuse to send out my legal mail.



respectfully submitted
Stephen Cavanaugh
[signature]
78775
PO Box 22500
Lincoln, NE 68542-2500

24 Sep 14

4:14CV3183

Notice: this correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name: Stephen Cavanaugh
Inmate # 7877n
P.O. Box 22500
Lincoln, NE 68542-2500

Clerk of the United States District Court
Roman L. Hruska U.S. Courthouse
111 S 18th Plaza, Suite 1152
Omaha, NE 68102-1322

OMAHA NE 680
25 SEP 2014 PM 1 L
FOREVER USA

RECEIVED
SEP 26 2014
CLERK
U.S. DISTRICT COURT

68102132277