IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| STEPHEN CAVANAUGH, | |
|---|---|
| Plaintiff, | 4:14-CV-3183 |
| vs. | |
| RANDY BARTELT, et al., | ORDER |
| Defendants. | |

For the reasons stated in the Court's Memorandum and Order of April 12, 2016 (filing 47), the Court finds that any amendment to the plaintiff's complaint would be futile. The plaintiff's motion for leave to file an amended complaint (filing 50) will be denied, and his motion for extension of time to file a proposed amended complaint (filing 49) will be denied as moot.

IT IS ORDERED:

1. The plaintiff's Motion for Leave to Amend Complaint (filing 50) is denied.

2. The plaintiff's Motion for Extension of Time to File a Proposed Amended Complaint (filing 49) is denied as moot.

Dated this 20th day of April, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge